UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PATRICIA M. THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE, et al.,<br>    Defendants. | No. 3:08-CV-251<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions for summary judgment filed by the defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Patricia M. Thompson take nothing, and that this action be **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this _____ day of June, 2009.

                                                s/ Patricia L. McNutt
                                              Clerk of Court